**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JUSTIN DEWAYNE LEE, ADC #552516** **PLAINTIFF**

**V.** **CASE NO. 1:13CV00039-BD**

**CHUCK DAY and LANCE BONDS** **DEFENDANTS**

**ORDER**

Defendants have moved for summary judgment on all claims in this lawsuit. Mr. Lee may file a response opposing the motion if he wishes. To be considered, the response must be filed within fourteen (14) days of this Order.[1]

In opposing the motion for summary judgment, Mr. Lee may attach affidavits that he or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the motion for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person signing it.

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and the other parties in the case of any change in address; monitor the progress of the case and to prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

If Mr. Lee files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial. See Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 24th day of February, 2014.

______________________________________
UNITED STATES MAGISTRATE JUDGE