# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JUSTIN DEWAYNE LEE, ADC #552516**                                                **PLAINTIFF**

**V.**                         **CASE NO. 1:13CV00039-BD**

**CHUCK DAY and LANCE BONDS**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 1st day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE